7/18/02

**FILED**

FEB 15 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

COURT 

ROBERT C. MARTINEZ
_____
Plaintiff

v.

KAY SHERIDAN, et.al.,
_____
Defendant(s)

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

CASE NUMBER  08 C 50025

JUDGE  KAPALA

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, **Robert C. Martinez**, declare that I am the ☒plaintiff ☐petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☒ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☐ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions <u>under penalty of perjury</u>:

1. Are you currently incarcerated?   ☒Yes   ☐No   (If "No," go to Question 2)
   I.D. # **C51285**   Name of prison or jail: _____
   Do you receive any payment from the institution? ☒Yes ☐No   Monthly amount **$250.00**

2. Are you currently employed?   ☒Yes   ☐No
   Monthly salary or wages: **$250.00**
   Name and address of employer: **Correctional Industries**

   a. If the answer is "No":
      Date of last employment: **NA**
      Monthly salary or wages: **NA**
      Name and address of last employer: **NA**

   b. Are you married?   ☐Yes   ☒No
      Spouse's monthly salary or wages: **NA**
      Name and address of employer: **NA**

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a. Salary or wages
   Amount **NA**   Received by **NA**   ☐Yes  ☒No

b. ☐ Business, ☐ profession or ☐ other self-employment    ☐ Yes   ☒ No
Amount ___NA___ Received by ___NA___

c. ☐ Rent payments, ☐ interest or ☐ dividends    ☐ Yes   ☒ No
Amount ___NA___ Received by ___NA___

d. ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
Amount ___NA___ Received by ___NA___   ☐ Yes   ☒ No

e. ☐ Gifts or ☐ inheritances    ☐ Yes   ☒ No
Amount ___NA___ Received by ___NA___

f. ☐ Any other sources (state source: _____)   ☐ Yes   ☒ No
Amount ___NA___ Received by ___NA___

4. Do you or anyone else living at the same address have more than $200 in cash or checking or savings accounts?   ☐ Yes   ☒ No   Total amount: ___NA___
In whose name held: ___NA___ Relationship to you: ___NA___

5. Do you or anyone else living at the same address own any stocks, bonds, securities or other financial instruments?   ☐ Yes   ☒ No
Property: ___NA___ Current Value: ___NA___
In whose name held: ___NA___ Relationship to you: ___NA___

6. Do you or anyone else living at the same address own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?   ☐ Yes   ☒ No
Address of property: ___NA___
Type of property: ___NA___ Current value: ___NA___
In whose name held: ___NA___ Relationship to you: ___NA___
Amount of monthly mortgage or loan payments: ___NA___
Name of person making payments: ___NA___

7. Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?   ☐ Yes   ☒ No
Property: ___NA___
Current value: ___NA___
In whose name held: ___NA___ Relationship to you: ___NA___

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☒ No dependents
___NA___
___NA___

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: *Feb 8, 2008*

*[signature]*
Signature of Applicant

*Robert Martinez*
(Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

## CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, **Robert Martinez**, I.D.# **C51285**, has the sum of $ **2,934.53** on account to his/her credit at (name of institution) **Dixon Correctional Center**. I further certify that the applicant has the following securities to his/her credit: **unknown**. I further certify that during the past six months the applicant's average monthly deposit was $ **see attached**. (Add all deposits from all sources and then divide by number of months).

2/11/08
DATE

*Nedra Chandler (sn)*
SIGNATURE OF AUTHORIZED OFFICER

**Nedra Chandler**
(Print name)

rev. 7/18/02

-3-

Date: 2/8/2008    Case 3:08-cv-50025 Dixon Correctional Center   Filed 02/15/2008   Page 4 of 4    Page 1
Time: 2:50pm                        Trust Fund
d_list_inmate_trans_statement_composite    Inmate Transaction Statement

REPORT CRITERIA - Date: 08/08/2007 thru End;   Inmate: C51285;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: C51285 Martinez, Robert**      **Housing Unit: DIX-HC-03-09**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---:|---:|
| | | | | | Beginning Balance: | | 2,357.08 |
| 08/09/07 | Point of Sale | 60 Commissary | 221747 | 542226 | Commissary | -61.29 | 2,295.79 |
| 08/16/07 | Payroll | 20 Payroll Adjustment | 228115 | | ADV ICI P/R 7/07 | 270.40 | 2,566.19 |
| 08/22/07 | Disbursements | 80 Postage | 234315 | Chk #75604 | 808002372, DOC: 523 Fund Inmat, Inv. Date: 07/24/2007 | -.58 | 2,565.61 |
| 08/24/07 | Point of Sale | 60 Commissary | 236747 | 544491 | Commissary | -51.49 | 2,514.12 |
| 08/29/07 | Disbursements | 88 Birthday Gift To Granddaughter-Brittany | 241315 | Chk #75781 | 88806584, Carpino, Lisa, Inv. Date: 08/28/2007 | -100.00 | 2,414.12 |
| 09/05/07 | Point of Sale | 60 Commissary | 248747 | 544723 | Commissary | -55.26 | 2,358.86 |
| 09/14/07 | Payroll | 20 Payroll Adjustment | 257115 | | ADV ICI P/R 8/07 | 259.95 | 2,618.81 |
| 09/17/07 | Point of Sale | 60 Commissary | 260747 | 545931 | Commissary | -58.17 | 2,560.64 |
| 09/18/07 | Disbursements | 80 Postage | 261315 | Chk #76073 | 80806584, DOC: 523 Fund Inmate, Inv. Date: 08/28/2007 | -.58 | 2,560.06 |
| 10/01/07 | Point of Sale | 60 Commissary | 274727 | 547988 | Commissary | -66.16 | 2,493.90 |
| 10/17/07 | Payroll | 20 Payroll Adjustment | 290115 | | ADV ICI P/R 9/07 | 335.91 | 2,829.81 |
| 10/22/07 | Point of Sale | 60 Commissary | 295747 | 549487 | Commissary | -57.98 | 2,771.83 |
| 11/05/07 | Point of Sale | 60 Commissary | 309724 | 551317 | Commissary | -64.13 | 2,707.70 |
| 11/13/07 | Payroll | 20 Payroll Adjustment | 317115 | | ADV ICI P/R 10/07 | 366.10 | 3,073.80 |
| 11/15/07 | Point of Sale | 60 Commissary | 319727 | 552740 | Commissary | -59.44 | 3,014.36 |
| 11/16/07 | Disbursements | 80 Postage | 320315 | Chk #77013 | 80813656, DOC: 523 Fund Inmate, Inv. Date: 11/05/2007 | -.41 | 3,013.95 |
| 12/05/07 | Point of Sale | 60 Commissary | 339726 | 555073 | Commissary | -33.84 | 2,980.11 |
| 12/14/07 | Payroll | 20 Payroll Adjustment | 348115 | | ADV ICI P/R 11/07 | 242.54 | 3,222.65 |
| 12/14/07 | Disbursements | 80 Postage | 348315 | Chk #77525 | 80817741, DOC: 523 Fund Inmate, Inv. Date: 12/11/2007 | -2.46 | 3,220.19 |
| 12/19/07 | Point of Sale | 60 Commissary | 353747 | 556856 | Commissary | -47.72 | 3,172.47 |
| 12/20/07 | Mail Room | 01 MO/Checks (Not Held) | 354230 | 0092353 | Martinez, Rudy | 50.00 | 3,222.47 |
| 01/02/08 | Disbursements | 88 XMas Gift To Granddaughter | 002315 | Chk #77888 | 88820938, Boyle, Brittany, Inv. Date: 01/02/2008 | -100.00 | 3,122.47 |
| 01/09/08 | Point of Sale | 60 Commissary | 009747 | 558488 | Commissary | -57.50 | 3,064.97 |
| 01/17/08 | Disbursements | 80 Postage | 017315 | Chk #78024 | 80818483, DOC: 523 Fund Inmate, Inv. Date: 12/17/2007 | -1.23 | 3,063.74 |
| 01/17/08 | Disbursements | 80 Postage | 017315 | Chk #78024 | 80819404, DOC: 523 Fund Inmate, Inv. Date: 12/20/2007 | -1.64 | 3,062.10 |
| 01/17/08 | Disbursements | 80 Postage | 017315 | Chk #78024 | 80820938, DOC: 523 Fund Inmate, Inv. Date: 01/02/2008 | -.82 | 3,061.28 |
| 01/23/08 | Point of Sale | 60 Commissary | 023747 | 560293 | Commissary | -60.62 | 3,000.66 |
| 02/07/08 | Point of Sale | 60 Commissary | 038747 | 562065 | Commissary | -66.13 | 2,934.53 |

| | |
|---:|---:|
| **Total Inmate Funds:** | 2,934.53 |
| **Less Funds Held For Orders:** | .00 |
| **Less Funds Restricted:** | .00 |
| **Funds Available:** | 2,934.53 |
| **Total Furloughs:** | .00 |
| **Total Voluntary Restitutions:** | .00 |