# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | FREDERICK J. KAPALA | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 50025 | **DATE** | May 30, 2008 |
| **CASE TITLE** | Robert C. Martinez (C-51285) v. Kay Sheridan, et al. | | |

**DOCKET ENTRY TEXT:**

Plaintiff has paid the filing fee as ordered by the court on April 2, 2008.  Patrick J. Liston, Attorney at Law, 224 East 3rd Street, Sterling, IL  61081, (815) 625-7409, is appointed as counsel for plaintiff.  The warden having custody over plaintiff is commanded to make inmate Robert C. Martinez (C-51285) available at a designated Department of Corrections video conference facility to appear before the Honorable Magistrate Judge Mahoney for a status/settlement conference on July 8, 2008 at 10:00 a.m.

■ [For further details see text below.]

Docketing to mail notices.

## STATEMENT

Plaintiff has paid the filing fee as ordered by the court on April 2, 2008.

Patrick J. Liston, Attorney at Law, 224 East 3rd Street, Sterling, IL  61081, (815) 625-7409,  is appointed as counsel for plaintiff.  Failure of plaintiff to notify the court and counsel of any change in mailing address or telephone number may result in dismissal of this lawsuit with prejudice.

(Continued)

| | Courtroom Deputy Initials: | CLH |
|---|---|---|

## STATEMENT

Within 15 days of the date of this order, appointed counsel is directed, pursuant to the requirements of Rule 4(d)(2) of the Federal Rules of Civil Procedure, to notify defendants of the commencement of the action and to request waiver of service of summons. The notices shall be directed to each named defendant employed at the Dixon Correctional Center, c/o Warden Nedra Chandler, Dixon Correctional Center, 2600 N. Brinton Avenue, Dixon, Illinois 61021. Notices to defendants not employed at Dixon Correctional Center shall be directed to each named defendant at the appropriate business address.

The warden having custody over plaintiff is commanded to make inmate Robert C. Martinez (C-51285) available at a designated Department of Corrections video conference facility to appear before the Honorable Magistrate Judge Mahoney for a status/settlement conference on July 8, 2008 at 10:00 a.m.

It is further ordered that, on the status/settlement date above, plaintiff shall be prepared to orally present a more definite statement, setting forth in detail the factual bases of his cause of action and involvement of each defendant. *See Spears v. McCotter*, 766 F.2d 179 (5th Cir. 1985). All or part of plaintiff's case may be subject to dismissal if it appears that certain counts or claims do not have a basis in law or in fact. The defendants need not respond to the pending complaint until further order of the court.

It is further ordered that, 14 days prior to the status/settlement conference date above, without awaiting a discovery request, a party shall provide to other parties:

> A) The name of each person having discoverable information relevant to disputed facts alleged with particularity in the pleadings.
> B) Defendant is ordered to produce a copy of all documents contained in the medical file and master file (including investigation reports and incident reports), not privileged or protected from disclosure, relevant to disputed facts alleged with particularity in the pleadings. Plaintiff is ordered to produce a copy of all documents in plaintiff's possession that are relevant to disputed facts.
> C) A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.

It is further ordered that counsel for defendants is hereby granted leave to depose the plaintiff at his place of confinement. Counsel for defendants shall issue the appropriate notice of deposition to plaintiff's counsel.