**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Western Division**

Robert C. Martinez
                     Plaintiff,

v.                                           Case No.: 3:08–cv–50025
                                                    Honorable Frederick J. Kapala

Kay Sheridan, et al.
                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 8, 2008:

      MINUTE entry before the Honorable P. Michael Mahoney: Appointed counsel does not appear for video status hearing/settlement conference. Attorney Patrick Liston to file a Written Status Report indicating why he did not appear for the video conference by 7/22/2008. If counsel does not file a written status report, it will be the Recommendation of the Magistrate Judge that he be removed from the bar of this court. Mailed notice(glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.