# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Frederick J. Kapala | **Sitting Judge if Other than Assigned Judge** | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 08 C 50025 | **DATE** | 8/18/2008 |
| **CASE TITLE** | MARTINEZ vs. SHERIDAN | | |

**DOCKET ENTRY TEXT:**

It appearing that counsel has not filed a written status report with the court as ordered, It is the Report and Recommendation of the Magistrate Judge to the District Court that Attorney Patrick Liston be removed from the bar of this court. Parties are given ten days from service of this order, as calculated under Rule 6 to file objections with Judge Kapala pursuant to FRCP 72. Objections need not be presented as stated in LR.5.3. Patrick Liston is removed as counsel and the court appoints Scott Erwin, 211 N. 1st St., DeKalb, IL 60115, 815/756-5099 as counsel. Status hearing set for September 17, 2008 at 1:30 pm. The Clerk's Office is directed to send a copy of this order to the incarcerated plaintiff.

Docketing to mail notices.
*Copy to judge/magistrate judge.

| | Courtroom Deputy Initials: | GG |
|---|---|---|