FILED

MAGISTRATE JUDGE P. MICHAEL MAHONEY
AUG 18 2008
United States District Court

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT- WESTERN DIVISION
ROCKFORD ILLINOIS

ROBERT C. MARTINEZ,          CASE NO. 08 C 50025
            PLAINTIFF

        US.                          HONORABLE
KAY SHERIDAN, ET-AL,     P. MICHAEL MAHONEY
        DEFENDENTS    PRESIDING-JUDGE

MOTION FOR REAPPOINTMENT OF COUNSEL

NOW COMES PLAINTIFF, ROBERT C. MARTINEZ IN
PROPIA PERSONA, AND RESPECTFULLY MOVES THIS
HONORABLE COURT TO REAPPOINT COUNSEL IN THE
ABOVE CAPTION CAUSE.
IN SUPPORT THEROF PLAINTIFF STATES AS FOLLOWS:

1. THAT ON 2/15/08 PLAINTIFF filed His COMPLAINT
   IN THIS HONARABLE COURT, SOUNDING IN MEDICAL
   MALPRACTICE INTER-ALIA.

2. THAT ON 5/30/08 THIS COURT APPOINTED THE
   LAW FIRM OF PIGNATELLI, LISTON, MERTES PC,
   SPECIFICALLY MR PATRICK LISTON, ATTY AT LAW,
   TO REPRESENT PLAINTIFF ON HIS ISSUES IN
   THE INSTANT COMPLAINT.

2.

3. THAT THIS COURT ALSO SET A SETTLEMENT/ STATUS HEARING FOR JULY 8, 2008, AND MR LISTON FAILED TO APPEAR. THIS COURT NOTED NO ENTRY OF APPEARANCE BY MR LISTON.

4. THAT AS OF THIS CURRENT DATE, AND AFTER ATTEMPTS TO CONTACT MR LISTON BY PHONE AND MAIL, THERE HAS BEEN NO RESPONSE FROM SAID ATTORNEY.

5. THAT THE PLAINTIFF HAS NO LEGAL SKILLS AND RELYS FULLY ON INMATE LAW CLERKS TO ASSIST HIM WITH HIS ISSUES IN COURT.

6. THAT IT APPEARS MR LISTON HAS DECLINED THIS CASE.

7. PLAINTIFF HAS PAID THE REQUIRED FILING FEE AND IS IN NEED OF ASSISTANCE OF COUNSEL TO PROCESS HIS CLAIM

3.

WHEREFORE PLAINTIFF RESPECTFULLY MOVES THIS HONORABLE COURT TO ENTER AN ORDER FOR REAPPOINTMENT OF COUNSEL

Respectfully Submitted,

Robert C. Martinez

ROBERT C. MARTINEZ
Reg. No. C 51285
DIXON CORRECTIONAL CENTER
2600 N. BRINTON AVE
DIXON, IL. 61021
Phone: 815-288-5361