# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 50025 | **DATE** | 9/9/2008 |
| **CASE TITLE** | Martinez vs. Sherdian, et al. | | |

**DOCKET ENTRY TEXT:**

There being no written objection to the report and recommendation of the magistrate judge entered on August 18, 2008, see 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Thomas v. Arn, 474 U.S. 140, 149-50 (1985), and the court having reviewed the report and recommendation, the court accepts the report and recommendation; accordingly, attorney Patrick Liston is hereby removed from the bar of this court. It is so ordered.

Docketing to mail notices.

| | Courtroom Deputy Initials | /lc |
|---|---|---|